1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16

WILLIAM JOHN GREEN,

        Petitioner

        v.

JACK FOX, WARDEN,

        Respondent.

Case No. CV 15-5420-DMG (GJS)

JUDGMENT

17
18
19

       Pursuant to the Court's Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

20
21
22

       IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

23
24
25
26
27
28

DATED:  August 17, 2015

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE